NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

FLORENTINE DEVELOPMENT II, LLC, )
)
Appellant, )
)
v. ) Case No. 2D17-4972
)
RIVIERA-FORT MYERS MASTER )
ASSOCIATION, INC.; ROBERT J. )
SODOMA; RONALD H. GABRICK; )
RALPH CARLTON HARRISON; )
NORMAN J. LANGLOIS; STEPHEN V. )
CALABRO; MARK M. MOCKENSTRUM; )
JACQUELINE J. ZEH; and SUZANNE L. )
MCQUAID. )
)
Appellees. )
_____)

Opinion filed October 19, 2018.

Appeal from the Circuit Court for Lee
County; Jay B. Rosman, Judge.

Kevin P. Fularczyk and Robert A. Cooper
of Hahn Loeser & Parks LLP, Fort Myers,
for Appellant.

Jason P. Himschoot of Goede, Adamczyk,
Deboest & Cross, PLLC, Fort Myers, for
Appellees.

PER CURIAM.

Affirmed.

KELLY and SALARIO, JJ., and CASE, JAMES, R., ASSOCIATE SENIOR JUDGE, Concur.